1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES of IBEW LOCAL )    1:06-CV-1860 AWI GSA
UNION NO. 100 PENSION TRUST et al., )
                                     )
                                     )    ORDER REGARDING HEARING FOR
              Plaintiff,      )    MOTION FOR DEFAULT JUDGMENT
                                     )
      v.                                  )
                                     )
ELIJAH ELECTRIC, a California            )
Corporation,                              )
                                     )
             Defendant.      )

Plaintiff  filed a Motion for Default Judgment on March 28, 2008.  On May 9, 2008, the court issued an order requiring that Plaintiffs submit additional information.  A hearing on the motion was scheduled for May 30, 2008, at 9:30 am. On May 29, 2008, the court vacated the hearing after Plaintiff's counsel submitted the requested materials.

On May 30, 2008, at 9:30 am, Mr. Luis Martinez personally appeared, pro se, on behalf of Elijah Electric for the hearing.  Mr. Martinez indicated that he had been informed of the hearing by Andrew Slater, Plaintiff's counsel, but he was not aware that the hearing had been vacated. The court contacted Andrew Slater via telephone and a hearing was held.

Plaintiff's counsel indicated that he had been contacted by Mr. Martinez for the first time on May 28, 2008.    Defendant requested additional time to seek counsel.

1        Accordingly, a hearing on the Motion for Default Judgment will be held on July 18, 2008,

2    at 9:30 am, before the Honorable Gary S. Austin in Courtroom 10. The court will hold its decision

3    in abeyance on the pending Motion for Default Judgement until the next hearing. Defendant is

4    advised that default has been entered against him and that a Motion to Set Aside Default shall be

5    filed prior to the next hearing date.  Failure to file a Motion to Set Aside Default may result in the

6    court granting the pending Motion for Default Judgment based on the existing motion and the

7    supporting documentation.

8        IT IS SO ORDERED.

9    **Dated:    May 30, 2008**            **/s/ Gary S. Austin**

10                                                             UNITED STATES MAGISTRATE JUDGE