# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES of IBEW LOCAL UNION NO. 100 PENSION TRUST et al., <br><br>           Plaintiff, <br><br>   v. <br><br>ELIJAH ELECTRIC, a California Corporation, <br><br>           Defendant. | 1:06-CV-1860 AWI GSA <br><br>ORDER REGARDING HEARING FOR MOTION FOR DEFAULT JUDGMENT AND MOTION TO SET ASIDE DEFAULT JUDGMENT |

    Plaintiff filed a Motion for Default Judgment on March 28, 2008. On May 9, 2008, the court issued an order requiring that Plaintiffs submit additional information. A hearing on the motion was scheduled for May 30, 2008, at 9:30 am. On May 29, 2008, the court vacated the hearing after Plaintiff's counsel submitted the requested materials.

    On May 30, 2008, at 9:30 a.m., Mr. Luis Martinez personally appeared, pro se, on behalf of Elijah Electric for the hearing. Mr. Martinez indicated that he had been informed of the hearing by Andrew Slater, Plaintiff's counsel, but he was not aware that the hearing had been vacated. The court contacted Andrew Slater via telephone and a hearing was held. Mr. Martinez requested additional time to seek counsel.

    On May 30, 2008, the court issued an order setting a hearing on the Motion for Default Judgment for July 18, 2008, at 9:30 a.m., before the undersigned. Additionally, the court advised

1 Mr. Martinez that any Motion to Set Aside Default should be filed by Defendant Elijah Electric
2 prior to hearing.
3      On July 14, 2008, Defendant Elijah Electric filed a document entitled "Motion to Set
4 Aside Default Judgment."  Defendant Elijah Electric's moving papers included notice that the
5 motion would be held on July 18, 2008.  Pursuant to Local Rule 78-230, all motions must be set
6 not less than twenty-eight days after personal service and filing of the motion or not less than
7 thirty-one days after electronic service and filing of the motion.  The next available date and time
8 for a hearing on the motion is August 29, 2008, at 9:30 a.m.
9      Plaintiff shall file an opposition, if any, to Defendant's motion on or before August 15,
10 2008.
11      Defendant Elijah Electric shall file a reply, if any, on or before August 22, 2008.
12      A hearing on Defendant's motion will be held on August 29, 2008, at 9:30 a.m. in
13 Courtroom 10 before the Honorable Gary S. Austin.
14      Additionally, the hearing on Plaintiff's Motion for Default Judgment currently scheduled
15 for July 18, 2008, is taken off calendar pending resolution of Defendant's "Motion to Set Aside
16 Default Judgment."
17      IT IS SO ORDERED.
18      **Dated:   July 17, 2008**                    /s/ **Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28