# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES of IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., <br><br>                    Plaintiffs, <br><br>     v. <br><br>ELIJAH ELECTRIC, INC., a California Corporation, <br><br>                    Defendant. | 1:06-cv-01860 AWI GSA <br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT <br><br>(Document #48) |

      On December 21, 2006, Plaintiffs filed the present action in this Court for breach of a collective bargaining agreement. Defendant did not respond to the summons and complaint and the Clerk of the Court entered default on March 12, 2007. On August 21, 2008, Defendant filed a motion to set aside entry of default.

      On September 29, 2008, the Magistrate Judge issued Findings and Recommendation that Defendant's motion to set aside default be granted and the Clerk's entry of default be set aside. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 29, 2008, is ADOPTED IN FULL;
2. The Clerk's Entry of Default shall be SET ASIDE; and
3. Defendant shall file an answer or otherwise respond to the complaint in this action no later than November 21, 2008.

IT IS SO ORDERED.

**Dated:   November 10, 2008**               /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE