MICHAEL E. MOSS #63408
G. ANDREW SLATER #238126
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California 93792-9489
Telephone: (559) 435-5500

Attorneys for Plaintiffs, BOARDS OF TRUSTEES of IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES of IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ELIJAH ELECTRIC INC., a California corporation,<br><br>Defendant. | Case No.: 1:06-CV-01860-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT PURSUANT TO Fed.R.Civ.P. 41; AND ORDER THEREON** |

**WHEREAS**, plaintiffs BOARDS OF TRUSTEES of IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND and the BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND ("Plaintiffs") and ELIJAH ELECTRIC, INC. ("Elijah") have resolved all issues arising from the Complaint in the above-captioned matter; and

1

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. Box 9489
FRESNO, CA 93792-9489

1   **WHEREAS** Plaintiffs and Elijah wish to dismiss the Complaint between them with each
2   party bearing their own costs and attorneys' fees.
3   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Elijah,
4   through their respective counsel, that:
5   The Complaint in the above-captioned matter shall be dismissed with prejudice in
6   its entirety;
7   That the Court retain jurisdiction to enforce the terms of the written settlement
8   agreement executed by the parties; and
9   Each party is to bear its own fees and costs.

10  Dated: July 31, 2009.                KIMBLE, MacMICHAEL & UPTON
                                         A Professional Corporation

        By:___/s/ G. Andrew Slater_____
                G. ANDREW SLATER
                Attorneys for Plaintiffs

14  Dated: July 31, 2009.                BURNHAM BROWN

        By:___/s/ Andrew Shalauta_____
                ANDREW SHALAUTA
                Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: 8-4-09 .                          _____
                                         UNITED STATES DISTRICT COURT JUDGE

617840.00077515.000

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2