IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> ELIJAH ELECTRIC, INC., a California corporation, <br><br> Defendant. | 1:06-CV-1860 AWI GSA <br><br> ORDER GRANTING APPLICATION FOR ENTRY OF JUDGMENT <br><br> (Doc. No. 77) |

On August 3, 2009, the parties filed a stipulation for dismissal of this case with prejudice in light of a settlement agreement. See Court's Docket Doc. No. 70. The stipulation provided that the Court would retain jurisdiction to enforce the terms of the settlement agreement. See id. The Court signed the stipulation on August 4, 2009, and the case closed. See id. at Doc. No. 72.

On November 19, 2009, Plaintiffs moved for entry of judgment for violation of the settlement agreement. See id. at Doc. No. 73. On November 25, 2009, the Court denied without prejudice Plaintiffs' motion for entry of judgment on the ground that a certain procedural requirement of the settlement agreement had not been followed. See id. at Doc. No. 75. Specifically, Plaintiffs did not serve notice on Defendant of the motion for entry of judgment. See id.

On February 5, 2010, Plaintiffs again filed an application for entry of judgment for violation of the settlement agreement. See id. at Doc. No. 77. A certificate of service indicating that Defendant had been served with the application by mail has been filed. See id. at Doc. No.

79.  The application indicates that Defendant has failed to make any payments required by the settlement agreement.  <u>See</u> <u>id.</u> at Doc. No. 77.  The settlement provides that, in the event of a default by Defendant, Plaintiffs could make application to this Court for a judgment of $12,000 (less any funds previously received from Defendant).  <u>See</u> Court's Docket Doc. Nos. 73, 73-2, 77, 77-2.

Plaintiffs argue that they are entitled to entry of judgment in the amount of $12,000 as per the settlement agreement.  Defendant has failed to respond to Plaintiffs' application.

Since Plaintiffs have corrected the procedural flaw identified in the previous order, and since there is no dispute that Defendants have failed to pay any of the agreed dollar amounts provided by the settlement, the Court will enforce the settlement agreement and order that judgment be entered in favor of Plaintiffs in the amount of $12,000.00.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for entry of judgment to enforce settlement agreement is GRANTED; and
2. The Clerk shall enter judgment in favor Plaintiff and against Defendant in the amount of $12,000.00.

IT IS SO ORDERED.

**Dated:    February 13, 2010**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE